UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

 

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :          INFORMATION

                - v. -            :          08 Cr.

TYCO T. HALL,                     :

                Defendant.    :

- - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1.    From in or about July 2007, up to and including in or about January 2008, in the Southern District of New York and elsewhere, TYCO T. HALL, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that TYCO T. HALL, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.



Overt Acts

3.     In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.     In or about January 2008, in the vicinity of Green River, Utah, TYCO T. HALL, the defendant, and a co-conspirator not named as a defendant herein ("CC-1"), drove a 1999 Chevrolet van with Vehicle Identification Number 1GBFG15WOX1078781 ("the Van"), which contained 6.7 kilograms of cocaine and two semi-automatic handguns that were hidden in a secret compartment in the Van.

b.     On or about January 14, 2008, a second co-conspirator not named as a defendant herein, got into the Van in the vicinity of East Tremont Avenue and White Plains Road, Bronx, New York, with TYCO T. HALL, the defendant, and CC-1.

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

4.     As a result of committing the controlled substance offense alleged in One of this Information, TYCO T. HALL, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds HALL obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the

commission of the violation alleged in Count One of this Information, including but not limited to, a sum of money representing the amount of proceeds obtained as the result of the offense, conspiracy to distribute a controlled substance.

<u>Substitute Assets Provision</u>

5.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third person;

(c)   has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

MICHAEL J. GARCIA DMR
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TYCO T. HALL,

Defendant.

**INFORMATION**

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(A), 846.)

5/12/08 Filed Information & Waiver of Indictment.
Deft. Pres. W/atty. Roger Stavis. AUSAS Amy Lester,
& John O'Donnell & Court reporter pres. Deft. filed
Consent to proceed before Mag. Judge. Deft. pleads
Guilty. Detention Cont'd. PSI Ordered. 8/12/08 set
as a Control date.

s/ Mag. Judge Katz

MICHAEL J. GARCIA
United States Attorney.