UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA        :

      v.                              :

TYCO T. HALL,                   :     08 Cr. ___

        Defendant.             :
- - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, and being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                      _____
                                      TYCO T. HALL

                                      _____
                                      Witness

                                      _____
                                      Roger L. Stavis, Esq.
                                      Counsel for Defendant

Date:       New York, New York
            May 12, 2008

0202