```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :    PRIOR FELONY INFORMATION

        - v. -                  :    08 Cr.

TYCO T. HALL,                   :

              Defendant.        :

- - - - - - - - - - - - - - - -x
```

The United States Attorney charges:

1. That on or about March 9, 2006, in New Britain Superior Court, in the State of Connecticut, TYCO T. HALL, the defendant, was convicted of possession of narcotics, for conduct which occurred on or about January 27, 2006, and for which he received a suspended sentence of 2 years' imprisonment and 2 years' probation.

Accordingly, TYCO T. HALL, the defendant, is subject to the enhanced penalties of Title 21, United States Code, Sections 812, 841(a), 841(b)(1)(A), and 846.

(Title 21, United States Code, Section 851.)

*Michael Garcia*
MICHAEL J. GARCIA
United States Attorney